62 F.3d 1421
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
Jimnah SHIYR, also known as Jim Carroll; Jimna Shiyr, also
known as Jamie L. Carroll; Shamiyr Shiyr, also
known as Dianna Carroll; Mahar Shiyr,
also known as Gena D. Carroll,
Appellants,
v.
STATE of Missouri, Corporate State of Missouri by agent Mel
Carnahan, agent Chief Executive Officer; Jay Nixon;
Kenneth R. Lewis, Judge, Livingston County; Barbara Gale
Lame, Judge, Livingston County; James S. Millett, Judge,
Caldwell County; Walter E. Allen, Judge, Linn County,
Linneus Missouri; Livingston County, Corporate County of
Livingston, Missouri, District Court for the by its County
Commission, Bill Hoyt, Charlene Coleman and Roy Hicklin;
Bill Hoyt; Charlene Coleman; Roy C. Hicklin, Commissioners
of Livingston County, Defendants,
Leland O'DELL, Sheriff, Livingston County, Missouri; Gary
D. Calvert, Agent, Deputy Sheriff; Paul
Stegamier; John Doe, Agent, Jailer,
Livingston County Jail, Appellees,
Linda KEMP, Agent, Manager, Drivers License Bureau,
Department of Revenue, State of Missouri, Defendant,
DEPARTMENT OF REVENUE OF THE STATE OF MISSOURI, Janette
Lohman, Director; Janette Lohman, Agent, Director
of The Department of Revenue, Corporate
State of Missouri, Appellees.
 No. 95-1301.
 United States Court of Appeals,
Eighth Circuit.
 Submitted: Aug. 10, 1995.
Filed: Aug. 14, 1995.
 
 Before BOWMAN, BEAM, and MURPHY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Jimnah Shiyr, his wife Shamiyr, and their daughters, Jimna and Mahar, appeal from various orders entered by the district court[1] in their civil rights action. Appellants' motion to alter or amend judgment was untimely, and thus did not toll the time for filing an appeal. See Fed. R. Civ. P. 59(e), 6(b); Fed. R. App. P. 4(a)(4)(C); Browder v. Director, Dep't of Corrections of Illinois, 434 U.S. 257, 264-65 (1978). Because appellants' notice of appeal was also untimely, see Fed. R. App. P. 4(a)(1); Hable v. Pairolero, 915 F.2d 394, 394 (8th Cir.1990), we dismiss the appeal for lack of jurisdiction. We deny all pending motions.
 
 
 
 [1]
 The Honorable Howard F. Sachs, Senior United States District Judge for the Western District of Missouri